<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6214**

BRUCE WAYNE KOENIG,

Plaintiff - Appellant,

and

REGINALD S. TUCKER; MOHAMMAD BIGLARI; JAMES A. CALHOUN-EL,

Plaintiffs,

v.

STATE OF MARYLAND; DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES; GARY MAYNARD, Secretary; OFFICE OF
ADMINISTRATIVE HEARINGS; DEBORAH BUIE, Administrative Law
Judge; CHARLES BOUTON, Administrative Law Judge; INMATE
GRIEVANCE OFFICE; SCOTT OAKLEY, Executive Director,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:09-cv-03488-CCB)

Submitted:  June 1, 2010            Decided:  June 9, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce Wayne Koenig, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Wayne Koenig appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Koenig v. State of Maryland, No. 1:09-cv-03488-CCB (D. Md. filed Jan. 13, 2010 & entered Jan. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED